Mutual Life Insurance Company v. Mary E. Bailey and Others.—Motion granted. Settle order on notice.

Pescha Rosenblum, Respondent, v. Levi C. Weir, as President of Adams Express Company, Appellant.—Determination affirmed, with costs. No opinion.

Michael Kuffler, as Administrator, etc., of Julia Kuffler, Deceased, Respondent, v. Jennie Beck, Appellant.—Judgment and order affirmed, with costs. No opinion.

Clara Schumacher, Respondent, v. Great Eastern Casualty & Indemnity Company of New York, Appellant.—Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion. (Houghton, J., dissenting.)

The People of the State of New York, Respondent, v. Harry L. Archibald, Appellant.—Judgment affirmed. No opinion.

Margaret Faherty, an Infant, by Stephen M. Faherty, Her Guardian ad Litem, Appellant, v. Frederick H. Man, Respondent, Impleaded with Daniel F. Appleton and Others.—Judgment affirmed, with costs. No opinion.

Charles E. Bulkley, Respondent, v. Whiting Manufacturing Company, Appellant.—Judgment and order affirmed, with costs. No opinion.

Herman Loeb, Appellant, v. Albert Salomon and William Salomon, Doing Business as Copartners under the Firm Name and Style of Salomon Brothers & Company, Respondents.—Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Leander E. Terhune, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.—Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Edmund T. Gifford, Appellant, v. The City of New York, Respondent.—Judgment affirmed, with costs. No opinion.

Henry M. Earle, Appellant, v. White Knob Copper Company and Others, Respondents.—Judgment affirmed, with costs. No opinion.

Henry A. Clark, Respondent, v. J. Fred Pierson, Jr., Appellant.—Judgment and order affirmed, with costs. No opinion.

Leonard Meek, Respondent, v. Edmund L. Knoth, Appellant.—Judgment and order affirmed, with costs. No opinion.

Seelye Benedict and Others, Respondents, v. Joseph M. Stanford, Appellant. —Judgment affirmed, with costs. No opinion.

Achille J. Oishei, Appellant, v. Pietrina D'Ancona, by Her Guardian ad Litem Pietro D'Ancona, Defendant, Impleaded with Borden's Condensed Milk Company, Respondent.—Judgment affirmed, with costs. No opinion.

Bernard Curry, Respondent, v. Manhattan Railway Company and Interborough Rapid Transit Company, Appellants.—Judgment affirmed, with costs. (Houghton, J., dissenting as to adult tenants in common on his opinion in *Goggin* v. *Manhattan R. Co.*, 124 App. Div. 644.) No opinion.

Eugene L. Waldo and John McKelvey, Partners Doing Business under the Firm Name of Waldo & McKelvey, Respondents, v. Fedor Schmidt, Individually and as Sole Surviving Partner of Remy, Schmidt & Pleissner, Appellant.—Judgment affirmed, with costs. No opinion.